IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, Individually and as Subrogee of Rittenhouse Claridge, LP : : : | |
| : | CIVIL ACTION |
| v.       : | |
| : | NO. 15-2344 |
| INDIAN HARBOR INSURANCE COMPANY, : ET AL.        : | |

**O R D E R**

**AND NOW**, this  21st  day of     February    , 2017, upon consideration of Plaintiff's Motion for Partial Summary Judgment against Indian Harbor (ECF No. 20) and Defendant Indian Harbor's Cross-Motion for Summary Judgment (ECF No. 24), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**. Indian Harbor Insurance Company is obligated to defend Rittenhouse Claridge, LP in the civil action styled as *Corado v. Rittenhouse Claridge, et al*, Philadelphia County Court of Common Pleas, September Term 2013, No. 01179.

2. Defendant Indian Harbor's Motion is **DENIED**.

3. Indian Harbor Insurance Company is obligated to reimburse Plaintiff for all costs, expenses, and attorneys' fees incurred and/or expended by or on behalf of Rittenhouse Claridge, LP in *Corado v. Rittenhouse Claridge, et al*, Philadelphia County Court of Common Pleas, September Term 2013, No. 01179.

**IT IS SO ORDERED.**

        **BY THE COURT:**

        _____
        **R. BARCLAY SURRICK, J.**